Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Defendant
OTSUKA PHARMACEUTICAL CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| KAREN REYNOLDS and DELMAR SCOTT REYNOLDS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.,<br><br>                    Defendants. | Case No. 1:16-cv-00357-LJO-BAM<br><br>**STIPULATION TO CONTINUE BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND ORDER**<br><br>Complaint Filed: 3/10/2016 |

1   This stipulation in the above-captioned matter is made by and between the attorneys for
2   Plaintiffs Karen Reynolds and Delmar Scott Reynolds ("Plaintiffs") and Defendant Otsuka
3   Pharmaceutical Co., Ltd. ("Defendant").
4   WHEREAS, Defendant filed a motion to dismiss Plaintiffs' Complaint for lack of personal
5   jurisdiction under Federal Rule of Civil Procedure 12(b)(2) (ECF 19), to which Plaintiffs filed an
6   opposition (ECF 27), and in further support of which Defendant filed a reply (ECF 39); and
7   WHEREAS, Defendant and Plaintiffs stipulated to continue the hearing date on Defendant's
8   motion to permit jurisdictional discovery and supplemental briefing (ECF 40); and
9   WHEREAS, in light of said stipulation, the Court entered an order vacating the scheduled
10   hearing date and permitting Plaintiffs to submit a supplemental opposition by July 12, 2016 and
11   Defendant to submit a supplemental reply by July 19, 2016, after which filings the Court would take
12   the matter under submission on the papers (ECF 41); and
13   WHEREAS, on June 24, 2016, the parties to this case and 25 other similar cases pending in
14   federal courts nationwide filed a Joint Motion to Transfer before the Judicial Panel on Multidistrict
15   Litigation to transfer all of the pending cases into a multidistrict litigation; and
16   WHEREAS, on June 29, 2016, all defendants in this case filed an unopposed motion to stay
17   proceedings pending a decision by the Judicial Panel on Multidistrict Litigation on the Joint Motion
18   to Transfer (ECF 45); and
19   WHEREAS, the motion to stay is noticed for hearing on July 28, 2016 (ECF 45);
20   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties
21   hereto, that the Court should continue the supplemental briefing deadlines currently scheduled for
22   July 12, 2016 (Plaintiffs) and July 19, 2016 (Defendant) to August 18, 2016 (Plaintiffs) and August
23   25, 2016 (Defendant), respectively, to permit resolution first of the motion to stay.
24   This is the parties' first request to continue the briefing dates on Defendant's Motion to
25   Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction.  The parties previously requested to
26   continue the hearing date and to permit supplemental briefing on the motion.  All parties agree to
27   this stipulation, and the stipulation does not affect any other previously scheduled dates.
28   IT IS SO STIPULATED.

2

STIPULATION TO CONTINUE BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION; CASE NO. 1:16-cv-00357-LJO-BAM

Dated:  July 8, 2016

WINSTON & STRAWN LLP

By:   /s/ *Krista M. Enns*
         Krista M. Enns

Luke A. Connelly (*pro hac vice*)
200 Park Avenue
New York, NY  10166
Phone: (212) 294-6882
Fax: (212) 294-4700
lconnell@winston.com

Matthew A. Campbell (*pro hac vice*)
Eric M. Goldstein (*pro hac vice*)
Rand K. Brothers (*pro hac vice*)
Sarah J. Bily
Erika L. Mayer
1700 K Street, N.W.
Washington, DC  20006
Phone: (202) 282-5848
Fax: (202) 282-5100
macampbe@winston.com
egoldstein@winston.com
rbrothers@winston.com

Attorneys for Defendant
OTSUKA PHARMACEUTICAL CO., LTD.
*(Appearing Specially)*

Dated: July 8, 2016                           ROBINS KAPLAN LLP

                                              By: /s/ *Munir R. Meghjee*
                                                  Munir R. Meghjee

                                              Gary L. Wilson (CA Bar # 139358)
                                              gwilson@robinskaplan.com
                                              Roman M. Silberfeld (CA Bar # 62783)
                                              rsilberfeld@robinskaplan.com
                                              Michael A. Geibelson (CA Bar # 179970)
                                              mgeibelson@robinskaplan.com
                                              Munir R. Meghjee (*pro hac vice*)
                                              mmeghjee@robinskaplan.com
                                              Megan J. McKenzie (*pro hac vice*)
                                              mmckenzie@robinskaplan.com
                                              800 LaSalle Avenue
                                              Suite 2800
                                              Minneapolis, MN 55402-2015
                                              Phone: (612) 349-8500
                                              Fax: (612) 339-4181

                                              Attorneys for Plaintiffs
                                              KAREN REYNOLDS AND DELMAR SCOTT
                                              REYNOLDS

IT IS SO ORDERED.

   Dated:  **July 11, 2016**                        **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE

4

STIPULATION TO CONTINUE BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION; CASE NO. 1:16-cv-00357-LJO-BAM